PS-8

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Markel Datwaun Stanford**       Docket No. 5:20-CR-268-1BR

### Petition for Action on Conditions of Pretrial Release
Hearing Requested

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Markel Datwaun Stanford, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 17th day of September, 2020.

On October 28, 2020, the defendant's pretrial release supervision condition of home detention with GPS monitoring was modified to a curfew with GPS monitoring in order to allow the defendant more discretion to visit his newborn son and to work at a job without a set location or set hours.

A Petition for Action on Conditions of Pretrial Release was filed on February 9, 2021 and a hearing was scheduled due to the defendant's noncompliance, to include: failure to submit to drug testing, testing positive for marijuana, failure to comply with location monitoring requirements, and engaging in criminal conduct. The court issued an Amended Order Setting Conditions of Release which changed the defendant's GPS monitoring condition from a curfew to home incarceration. The other release conditions remained unchanged. Additionally, the court requested that the probation officer notify the court if the defendant violates any condition of pretrial release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since the defendant was before the court on February 17, 2021, the defendant has failed to submit to drug testing on five occasions, and he has failed to participate in any substance abuse treatment.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Reviewed and approved,      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: April 19, 2021

## ORDER OF THE COURT

Considered and ordered the __19__ day of __April__, 2021, and ordered filed and made part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge